FILED
November 23, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO. 03-15-00700

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

CAROLYN BARNES, ET AL, APPELLANT

V.

RICHARD COONS and DUSTY HUMES

MOTION FOR EXTENSION OF TIME TO FILE
CLERK'S RECORD AND COURT REPORTER'S RECORD

On Appeal From Cause No. D-1-GN-15-000877

From The 419th Judicial District Court Of Travis County, Texas

The Honorable Orlinda Naranjo Presiding

RECEIVED
NOV 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Carolyn Barnes, J.D., Ph.D.
419 Indian Trail
Leander, Texas 78641
(281)467-8681
Barnes.legalguidance@gmail.com

# IDENTITY OF PARTIES AND COUNSEL

<u>Appellant:</u>

Carolyn Barnes
419 Indian Trail
Leander, Texas 78641
(281) 467-8681
Barnes.legalguidance@gmail.com

<u>Appellees:</u>

DUSTY HUMES
RICHARD COONS

<u>Counsel for Appellees:</u>

Brett B. Rowe
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
bbrowe@evans-rowe.com

David M. Davis
DAVIS & WRIGHT, P.C,
P.O. Box 2283
Austin, Texas 78768-2283
ddavis@dwlaw.com

## MOTION FOR EXTENSION OF TIME
## TO FILE THE APPELLATE RECORD INCLUDING THE
## CLERK'S RECORD AND THE COURT REPORTER'S RECORD

There are currently 12 pending appeals from this single case, Trial Court Cause No. D-1-GN-15-000877, but only 7 appellate case numbers have been assigned. Three appellate case numbers ending in 00630, 00605, and 00593 appear to be the same appeal dealing with the 8 defendants represented by the Texas Attorney General and dismissed under a late-filed Rule 91a motion. Two other appellate case numbers ending in 00700 and 00719 appear to be the same appeal involving Humes and Coons. There are 7 other appeals that have not been assigned a case number in the appellate court.

It appears that the end result of the piecemeal way of summarily disposing of all these constitutional claims, without allowing or permitting any discovery, will eventually be 15-16 separate appeals. The trial court is systematically, sequentially, and summarily dismissing all claims and causes of action as each of the defendants request it, while depriving Appellants of any ability to conduct discovery or move forward on the claims.

The undue burden on Appellants of having to respond and defend against these sequential, systematic, and summary motions to dismiss and summary judgment while also timely perfecting the appeals, designating the

records for appeal, and filing the necessary documents with both the trial court and appellate court at the same time is impossible to meet in a timely fashion. This Court will see when the record is filed in this Court that Appellants have diligently pursued their claims and were extremely vexed and burdened in the trial court with responding to these successive, serial, and summary proceedings. The docket sheet alone is 37 pages. The largest complicating factor is the requirement that Appellant physically go down and view the record at the courthouse to designate it since she is not allowed to access the AARO system online. Good cause exists to allow Appellant an extension of time for a period of thirty days to file the record for these appeals and the necessary docketing statements.

Alternatively, Appellant requests that this Court allow the filing of one master Clerk's Record and on master Court Reporter's Record that would be used in each of these appeals.

Therefore, the Appellant requests two options for relief from the overly burdensome task of designating separate records for appeal. Either grant Appellant's request for an extension of time to designate the record and to allow the Court Reporter and Clerk additional time as necessary for them to complete their tasks for appeal; or allow the District Clerk and Court Reporter to file the complete record and that master record would be used in

all the pending appeals and subsequent appeals arising from the Trial Court Cause No. D-1-GN-15-000877.

These appeals seek to remedy serious denials of due process and substantive violations of the United States and Texas Constitutions, as well as Texas Rules of Civil Procedure and Texas law that have resulted in the continued violations of Relator's basic, inherent, fundamental, and structural rights. Good Cause exist to grant this motion for extension of time so that the overwhelming burden of designating so many separate records for these 15-16 appeals and the corresponding court reporter's record and allow at least 30 days for the Clerk and Court Reporter to file these records with this Court. Alternatively, good cause exist to allow the filing of a Master Clerk's Record that would include all pleadings filed in the cause and permit the designation of the transcripts from all the hearings conducted in the cause as a Master Court Reporter's Record to be used in all 16 appeals that have arisen or will arise out of this one single case.

## RELIEF REQUESTED

Relator requests that the Court grant this Motion for Extension of Time to file the docketing statements, designate and file the Clerk's Record, and designate and file the Court Reporter's Record for a period of thirty days; or alternatively grant an extension of time to allow the filing of a

Master Clerk's Record and Master Court Reporter's Record to be utilized in any and all appeals from the Trial Court No. D-1-GN-15-000877 case on appeal from the 419th Judicial District Court of Travis County, Texas. Appellant requests that the Court award all other relief as the Court deems just and proper.

Respectfully submitted,

Carolyn Barnes
419 Indian Trail
Leander, TX 78641
281 467 8681
barnes.legalguidance@gmail.com

By: _____
        Carolyn Barnes

## JURAT

COUNTY OF WILLIAMSON

STATE OF TEXAS

Pursuant to Texas Civil Practices and Remedies Code Sec. 132.001, I, Carolyn Barnes, do hereby swear and affirm that the facts stated above are true and correct based on personal knowledge.

I aver that "My name is Carolyn Barnes, by date of birth is January 12, 1957, and my address is 419 Indian Trail, Leander, Texas 78641 in the United States of America. I swear under penalty of perjury that all the facts stated herein are within my personal knowledge and true and correct.

I have read the foregoing Motion for Extension of Time to File the Appellate Record and the facts stated within that are not verified by the record are true and correct to the best of her knowledge, and the exhibits filed separately in an appendix to this petition are true and correct copies of the original documents.

SWORN TO BEFORE ME ON THIS 20th day of November, 2015.

By: _____
Carolyn Barnes

## CERTIFICATE OF CONFERENCE

Plaintiff has conferred with opposing counsel and they are not opposed to this request for an extension of time.

_____
Carolyn Barnes

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing document has been served pursuant to Rule 21a of the Texas Rules of Civil Procedure on all counsel of record on this the 23rd day of November 2015.

Carolyn Barnes
419 Indian Trail
Leander, TX 78641
Barnes.legalguidance@gmail.com
(281) 467-8681

November 23, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
PO Box 12547
Austin, Texas 78711
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

RE:   Cause No. D-1-GN-15-000877
      Carolyn Barnes, et al v. Texas Attorney General, et al

Dear Sir or Madame:

Enclosed for filing in the appeals pending in this Court are the following documents:

   (1)   Appellate Case No. 03-15-00593-CV AG Defendants--Plaintiff's Motion for
         Extension of Time to File Appellate Record;

   (2)   Appellate Case No. 03-15-00605-CV AG Defendants--Plaintiff's Motion for
         Extension of Time to File Appellate Record;

   (3)   Appellate Case No. 03-15-00630-CV AG Defendants--Plaintiff's Motion for
         Extension of Time to File Appellate Record;

   (4)   Appellate Case No. 03-15-00700-CV Coons and Humes--Plaintiff's Motion
         for Extension of Time to File Appellate Record;

   (5)   Appellate Case No. 03-15-00719-CV Coons and Humes--Plaintiff's Motion
         for Extension of Time to File Appellate Record; and

   (6)   Appellate Case No. 03-15-00720-CV Burt Carnes--Plaintiff's Motion for
         Extension of Time to File Appellate Record.

RECEIVED
NOV 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

I am a pro se litigant proceeding *in forma pauperis* and have been advised that a paper filing is acceptable. Please note this timely filing in the court's records. I have served all opposing counsel of record with a pdf file copy of these motions.

I am also filing along with these motions the Affidavit of Inability to Pay Costs on Appeal for each of the respective files. This Affidavit was filed on November 18, 2015. The court heard and overruled a contest to the affidavit and has allowed Plaintiffs to proceed *in forma pauperis*.

If you require anything further from me, if there are any deficiencies or defects in these documents or this filing procedure, please advise immediately.

Thank you for your time and attention in this matter. If you have any problems, concerns, or questions, please contact me.

TIME IS OF THE ESSENCE.

Very truly yours,

Carolyn Barnes

Enclosures